No. 3219. RAMÍREZ, APPELLEE, v. GARCÍA ET AL., APPELLANTS.—District Court of Mayagüez. Decided January 29, 1924. Appeal dismissed on motion of appellee because of appellant's failure to file the transcript of the record in this court in time.

No. 3245. BALLESTER, APPELLEE, v. RULLÁN, APPELLANT.— District Court of Aguadilla. Decided January 29, 1924. Section 12 of the Unlawful Detainer Act requiring the giving of bond to the satisfaction of the trial court in order that an appeal by the defendant may be allowed and the bond tendered having been held void by the said court, the appeal was dismissed.

No. 2983. GORDILS, APPELLANT, v. BLÁZQUEZ, APPELLEE.— District Court of Arecibo. Decided January 29, 1924.

WHEREAS, It appears that a letter was offered in evidence purporting to have been signed by the defendant and appellee and dated August 16, 1920;

WHEREAS, The said letter was not admitted in evidence and this ruling was excepted to and is assigned as error;

WHEREAS, The admission of said letter seems to be of importance for the decision of this case;

THEREFORE, The Judge of the District Court of Arecibo is hereby directed to have prepared a supplementary certificate containing the said letter and identifying it as the letter so offered in evidence, both parties to have an opportunity to be heard for the purpose of suggesting additions or amendments to the said certificate.

No. 442. HERNÁNDEZ, PETITIONER, v. SECOND DISTRICT COURT OF SAN JUAN.—Certiorari. Decided January 29, 1924. In the exercise of its discretion the court denied the writ.